IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CERTCO, INC.,

                      Plaintiff,                      JUDGMENT IN A CIVIL CASE

     v.                                                       Case No. 11-cv-258-wmc

INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL UNION NO. 695,

                      Defendant.

---

      This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant International Brotherhood of Teamsters, Local Union No. 695's counterclaim to confirm the arbitration award finding that plaintiff Certco, Inc. violated a provision of the parties' collective bargaining agreement in transferring "unit work" to a new facility.

Approved as to form this 3rd day of October, 2012.

William M. Conley
District Judge

Peter Oppeneer
Clerk of Court

10/4/12
Date